IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KHALASE L. MULLIGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2214

Opinion filed November 3, 2015.

An appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

Khalase L. Mulligan, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Giselle D. Lylen, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

RAY, OSTERHAUS, and WINOKUR, JJ., CONCUR.